# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Thomas John Birdsall,           )<br>                                                 )<br>            Plaintiff,             )<br>                                                 )<br>      vs.                                    )<br>                                                 )<br>Andrew Saul, Commissioner   )<br>of Social Security,                 )<br>                                                 )<br>            Defendant.           )<br>                                                 )<br>_____) | Civil Action No. 8:19-3028-RMG<br><br><br><br><br>**ORDER** |

      This matter comes before the Court for judicial review of the final decision of the Commissioner of Social Security denying Plaintiff's application for Disability Insurance Benefits ("DIB"). In accordance with 28 U.S.C. § 636(b) and Local Rule 73.02, D.S.C., this matter was referred to the United States Magistrate Judge for pretrial handling. The Magistrate Judge issued a Report and Recommendation ("R & R") on October 5, 2020, recommending that the decision of the Commissioner be reversed and remanded to the agency because the Administrative Law Judge ("ALJ") failed to adequately explain the Plaintiff's RFC for periods before and after closed periods of disability. The Commissioner has advised the Court that he does not intend to file objections to the R & R. (Dkt. No. 22).

      The Court **ADOPTS** the Report and Recommendation as the order of this Court, **REVERSES** the decision of the Commissioner pursuant to Sentence Four of 42 U.S.C. § 405(g), and **REMANDS** the matter to the Commissioner for further proceedings consistent with this order.

      **AND IT IS SO ORDERED**.

<u>S/ Richard Mark Gergel</u>  
Richard Mark Gergel  
United States District Judge

Charleston, South Carolina  
November 16, 2020